[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-12538
Non-Argument Calendar
_____

D.C. Docket No. 8:12-cv-00970-JDW-TGW


GEORGE SZCZEKLIK,
Assignees of Neubert Aero Corp.,
MARTA SZCZEKLIK,
Assignees of Neubert Aero Corp.,

                                                    Plaintiffs-Appellees,

versus

MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED,

                                                    Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(December 6, 2013)

Before MARCUS, HILL, and FAY, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the arguments of the parties in their respective briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

**AFFIRMED.**